```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 44878
   OLLIE A CARTER
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-8152


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 12/07/2004 and was confirmed 01/27/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors an estimated  27.05% from remaining funds.

      The case was paid in full 12/21/2007.
------------------------------------------------------------------------------
   CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                 PAID          PAID
------------------------------------------------------------------------------
   US DEPT OF EDUCATION       UNSECURED         3800.32            .00        1027.99
   TRIAD FINANCIAL            SECURED           4725.00         430.83        4725.00
   TRIAD FINANCIAL            UNSECURED         5479.95            .00        1482.33
   BLUE ISLAND RADIOLOGY      UNSECURED        NOT FILED           .00            .00
   CAPITAL ONE BANK           UNSECURED        NOT FILED           .00            .00
   CAROL MCNEALY DDS          UNSECURED        NOT FILED           .00            .00
   CDCS                       UNSECURED        NOT FILED           .00            .00
   CHICAGO TRIBUNE            UNSECURED        NOT FILED           .00            .00
   COLLECTECH                 UNSECURED        NOT FILED           .00            .00
   COMMONWEALTH EDISON        UNSECURED        NOT FILED           .00            .00
   COOK COUNTY HOSPITAL       UNSECURED        NOT FILED           .00            .00
   FIRST NATIONAL BANK        UNSECURED        NOT FILED           .00            .00
   ECAST SETTLEMENT CORP      UNSECURED OTH     531.77             .00         143.85
   I C COLLECTION SERVICE     UNSECURED        NOT FILED           .00            .00
   ILLINOIS VEHICLE PREMIUM   UNSECURED        NOT FILED           .00            .00
   ILLINOIS DEPT OF PUBLIC    UNSECURED        NOT FILED           .00            .00
   INTERNATIONAL MASTER PUB   UNSECURED        NOT FILED           .00            .00
   MALCOLM S GERALD & ASSOC   UNSECURED        NOT FILED           .00            .00
   MEDTRUST HEALTHCARE SERV   UNSECURED        NOT FILED           .00            .00
   METRO INFECTIOUS DISEASE   UNSECURED        NOT FILED           .00            .00
   NATIONAL MAGAZINE EXCHAN   UNSECURED        NOT FILED           .00            .00
   NORTH SHORE AGENCY         UNSECURED        NOT FILED           .00            .00
   ORCHARD BANK               UNSECURED        NOT FILED           .00            .00
   PELLETTIERI & ASSOC        UNSECURED        NOT FILED           .00            .00
   PROFFESSIONAL ACCOUNT MG   UNSECURED        NOT FILED           .00            .00
   RAFIQ AHMES MD             UNSECURED        NOT FILED           .00            .00
   ST FRANCIS HOSPITAL HEAL   UNSECURED        NOT FILED           .00            .00
   UNIVERSITY OF CHICAGO HO   UNSECURED        NOT FILED           .00            .00
   WARDS                      UNSECURED        NOT FILED           .00            .00
   ROBERT J SEMRAD & ASSOC    REIMBURSEMENT     205.20             .00         205.20
   ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      2,200.00                       2,200.00
   TOM VAUGHN                 TRUSTEE                                           584.80

                      PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 44878 OLLIE A CARTER
```

```
DEBTOR REFUND              REFUND                                             .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   10,800.00

PRIORITY                                              205.20
SECURED                                             4,725.00
    INTEREST                                          430.83
UNSECURED                                           2,654.17
ADMINISTRATIVE                                      2,200.00
TRUSTEE COMPENSATION                                  584.80
DEBTOR REFUND                                            .00
                         ---------------      ---------------
TOTALS                    10,800.00                10,800.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/27/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE